UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**GERALD JACOBS**,<br><br>Defendant. | 2:21-CR-20423-TGB<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR RELEASE FROM PRETRIAL DETENTION TO ATTEND FUNERAL<br><br>**(ECF NO. 26)** |

Defendant Gerald Jacobs has filed a motion for temporary release from pretrial detention (ECF No. 26). The Court has carefully reviewed the motion, and, being fully advised in the premises, denies the Defendant's request.

DATED this 26th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge